# EXHIBIT E

## Mary T. Reilly

| | |
|---|---|
| **From:** | Mihalik, Mary B [mary.b.mihalik@citi.com] |
| **Sent:** | Thursday, October 16, 2008 9:51 AM |
| **To:** | Mary T. Reilly |
| **Subject:** | RE: Sachem Shipping v. Industrial Carriers Inc. |
| **Importance:** | High |

Dear Ms. Reilly,

This will confirm that Citibank is holding funds pursuant to the matter Industrial Carriers, Inc. v. Yong He Shipping (HK) Ltd.; Prosper Shipping Limited; Aegean Carriers S.A.; The Old Eastern Mediterranean Shipping Co. and Golden Tai Shipping Co. Limited, 07 CV 9706 in the amount of $143,927.97 (original payment amount captured on 11/27/07 was $143,947.97 minus $20 fee). Contact info for Plaintiff's counsel is:

Tom Tisdale
ttisdale@Tisdale-Law.com
Lauren Davies
ldavies@Tisdale-Law.com
Tisdale Law Offices
1-212-354-0025

Best regards,

**Mary B. Mihalik, VP | GCO Litigation**
Citi Markets & Banking | 388 Greenwich Street | 17th Floor / Zone 1 | New York, NY 10013
Phone: 212-816-6182 | Fax: 866-560-0633 | Email: mary.b.mihalik@citi.com

---

**From:** Mary T. Reilly [mailto:mreilly@hillbetts.com]
**Sent:** Wednesday, October 15, 2008 11:35 PM
**To:** Mihalik, Mary B [CCC-LEGAL]
**Subject:** Sachem Shipping v. Industrial Carriers Inc.

Dear Ms. Mihalik,
Thank you for the advice. As the order served upon Citibank is an attachment under articles 62 and 75 of the New York Practice Civil Law and Rules, it reaches any property against which a money judgment may be enforced under New York law. Therefore, please advise whether Citibank is holding or restraining any funds pursuant to any writ or order of attachment served by Industrial Carriers Inc. as plaintiff against other parties as defendant.
Thank you very much.
Best Regards

**MARY T. REILLY**
HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY 10281
Tel. No.: (212) 839-7000
Fax No.: (212) 466-0514

10/20/2008

The information in this Internet e-mail is confidential, may be legally privileged and is intended solely for the addressee. If the reader of this communication is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any use, review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete this e-mail and any copy thereof.