# EXHIBIT 1

| Period of Hire | | Days | TC Gross Hire | TC Net Hire | Market Hire | Hire Claim |
|---|---|---|---|---|---|---|
| Redelivery | 10/8/2008 19:00 | | | | | |
| End 1st yr | 5/2/2009 19:00 | 206.00 | 56,250.00 | 53,437.00 | 16,000.00 | 7,712,022.00 |
| Begin 2nd yr | 5/2/2009 19:00 | | | | | |
| End 2nd yr | 5/2/2010 19:00 | 365.00 | 46,250.00 | 43,937.00 | 16,000.00 | 10,197,005.00 |
| Begin 3rd yr | 5/2/2010 19:00 | | | | | |
| End 3rd yr | 5/2/2011 19:00 | 365.00 | 34,250.00 | 32,537.00 | 16,000.00 | 6,036,005.00 |
| | | | | GRAND TOTAL | | 23,945,032.00 |